**Motion Granted; Order filed October 6, 2020, Vacated; Petition for Writ of Mandamus Dismissed and Opinion filed January 28, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-20-00678-CV**

---

**IN RE SIM-MEDS, INC. AND JUSTIN SIMONS, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-19657**

---

## MEMORANDUM OPINION

Relators Sim-Meds, Inc. and Justin Simons filed a petition for writ of mandamus in this Court and a motion for temporary relief. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. The court granted the motion for temporary relief, staying further trial-court proceedings. Relators and real party in

interest S J Associated Pathologists, P.L.L.C., have settled the underlying litigation and filed a joint motion to dismiss this original proceeding and to vacate the stay of trial-court proceedings.

The motion is granted. This court's order of October 6, 2020 is vacated and the petition for writ of mandamus is dismissed.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.